UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SHOLOM GINSBERG, Individually and on behalf
of all others similarly situated

      Plaintiff,

      v.                      CASE NO.: 3:22-cv-1147

I.C. System, Inc.
      Defendant.
------------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 16, 2024

| For Plaintiff Sholom Ginsberg | For Defendant I.C. System, Inc. |
|---|---|
| */s/ Muhammad Hasan Siddiqui*<br>Muhammad Hasan Siddiqui<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>201-282-6500<br>hsiddiqui@steinsakslegal.com | */s/ Jeremy John Zacharias*<br>Jeremy John Zacharias<br>Marshall Dennehey Warner Coleman & Goggin, PC<br>15000 Midatlantic Drive Suite 200<br>Mount Laurel, NJ 08054<br>856-779-6103<br>jjzacharias@mdwcg.com |
| | |

## CERTIFICATE OF SERVICE

I certify that on July 16, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Muhammad Hasan Siddiqui*
Muhammad Hasan Siddiqui
*Attorneys for Plaintiff*
